NOT RECOMMENDED FOR FULL-TEXT PUBLICATION
File Name: 15a0086n.06

No. 14-1154

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| TINA HULL | ) | **FILED** |
| | ) | Jan 28, 2015 |
| Plaintiff-Appellant, | ) | DEBORAH S. HUNT, Clerk |
| | ) | |
| v. | ) | ON APPEAL FROM THE |
| | ) | UNITED STATES DISTRICT |
| COMMISSIONER OF SOCIAL SECURITY | ) | COURT FOR THE EASTERN |
| | ) | DISTRICT OF MICHIGAN |
| Defendant-Appellee. | ) | |
| | ) | |
| | ) | |

Before: BATCHELDER and KETHLEDGE, Circuit Judges; COLLIER, District Judge.[*]

CURTIS L. COLLIER, District Judge. Appellant Tina Hull ("Hull") appeals the district court's order accepting the Report and Recommendation of the magistrate judge and dismissing the action in favor of the Commissioner of the Social Security Administration.

Hull suffers from a variety of medical issues and, as a result of those ailments, sought disabled status. After considering the evidence, the Administrative Law Judge ("ALJ") assessed Hull's residual functional capacity ("RFC") and testimony from the vocational expert and found that Hull did not meet the criteria for disabled status. Hull argues that the ALJ failed to account for her difficulties in concentration in both the RFC and the hypothetical question posed to the vocational expert. She also argues that the ALJ's assessment failed to account for the

---

[*] The Honorable Curtis L. Collier, United States District Judge for the Eastern District of Tennessee, sitting by designation.

compounding effects that her obesity had on her other ailments. Finally, she argues that the ALJ improperly evaluated her credibility.

After reviewing the briefs, we **AFFIRM** for the reasons stated by the court below. *See Hull v. Comm'r of Soc. Sec.*, No. 12-14385 (E.D. Mich. Dec. 19, 2013).